473 A.2d 686

Way, Appellant, v. Sico Co.

Argued December 13, 1983.
James P. Coho, for appellant; Kent Dixon Mikus, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Judgment affirmed.